CHARLES L. APFEL, Appellant, *v.* FRANK AUDITORE et al., Respondents.

(Argued March 21, 1929; decided April 16, 1929.)

*George X. Levine* and *Louis H. Moos* for appellant.
*Edward H. Wilson* and *John J. Kean* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.